IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
ALBANY DIVISION

| | |
|---|---|
| MIXON SEED SERVICE, INC. et al., | * |
| Plaintiff, | * |
| v. | Case No.: 1:23-CV-181 (LAG) |
| | * |
| JASON HILL, individually and JOHN DOES 1-25, | * |
| Defendants. | * |

## **J U D G M E N T**

Pursuant to this Court's Order dated July 23, 2025, and for the reasons stated therein, JUDGMENT is hereby entered in favor of Plaintiff against Defendant JASON HILL. Plaintiff shall also recover costs of this action.

This 23rd day of July, 2025.

David W. Bunt, Clerk

s/ Michelle Paschal, Deputy Clerk